IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | File No. 4:23-CV-00736 |
| KEVIN MOLINARI and FQSR, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT**
**WITH PREJUDICE**

Plaintiff, ANTHONY CAIRNS and Defendant, FQSR, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, FQSR, LLC, and this entire case with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 21st day of December, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com
Attorney for Plaintiff

        */s/ Stephen J. Roppolo*
        Stephen J. Roppolo, Esq.
        State Bar No. 00797939
        Fisher & Phillips LLP
        910 Louisiana Street, Suite 4000
        Houston, TX 77002
        Phone: (713) 292-5601
        *sroppolo@fisherphillips.com*

        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL